Haines, J.,
concurred in the above opinion.
The decree of the Chancellor was reversed by the following vote:
For affirmance—Green, C. J., Elmer, J., and Risley, Judge—3.
For reversal—Justices Haines and Potts, and Judges Arrowsmith, Huyler, Valentine, and Wills—6.
Cited in Att’y-Gen. v. City of Paterson. 1 Stockt. 632; Att’y-Gen. v. Heishon, 3 C. E. Gr. 413; Stevens v. Pat. & Newark R. R. Co., 5 C. E. Gr.; Easton & McMahon v. N. Y. & Long Branch R. R. Co., 9 C. E. Gr. 57.